```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABRAHAM GARCIA,
*on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                      Plaintiff,

    v.

ROCKY'S BAR NYC, INC.
d/b/a ROCKY'S,
ROCKY'S BAR & RESTAURANT, INC.
d/b/a ROCKY'S,
ROCKY'S BELLA PIZZA CORP.
d/b/a ROCKY'S,
JOHN DOE CORP.
d/b/a ER BAR AND LOUNGE,
MATTHEW HOXHAJ and INDRIT KRAJA,

                      Defendants.

Case No.: 17-cv-6328

NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)

---

**PLEASE TAKE NOTICE** that the claims of Plaintiff ABRAHAM GARCIA are hereby dismissed, without prejudice, in their entirety as against the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated. September 19, 2017
      New York, New York

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

The Clerk of Court is directed to close this case.

SO ORDERED:

Dated: Oct. 2, 2017

_____
United States District Judge